| Attorney or Party without Attorney:<br>DIANA M. TORRES, Bar #162284<br>KIRKLAND & ELLIS, LLP<br>333 SOUTH HOPE STREET<br>29TH FLOOR<br>LOS ANGELES, CA 90071<br>Telephone No: (213) 680-8400    FAX No: (213) 430-6407<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: 280127 | |

Insert name of Court, and Judicial District and Branch Court:
**U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

Plaintiff: AWR CORPORATION, ETC.
Defendant: ZTE CORPORATION, ETC., ET AL

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV-10-5790-PA-(SHx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Clerk's Office Services For Attorneys And The General Public; Notice Of Assignment To United States Magistrate Judge For Discovery; Civil Cover Sheet; Notice To Parties Of Adr Program; Adr Program Questionnaire; Report On The Filing Or Determination Of An Action Or Appeal Regarding A Copyright; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines.

3. a. Party served:           ZTE CORPORATION, A CHINESE CORPORATION
   b. Person served:          RAND EFFRON, SALES MANAGER, AUTHORIZED TO RECEIVE SERVICE OF PROCESS (SERVED UNDER F.R.C.P. RULE 4).

4. Address where the party was served:    9920 PACIFIC HEIGHTS BLVD.
                                          SAN DIEGO, CA 92121

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 10, 2010 (2) at: 4:45PM

7. **Person Who Served Papers:**                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL PFAHLER                          d. **The Fee for Service was:**
   b. **NATIONWIDE LEGAL, INC.**               e. I am: (3) registered California process server
      1609 JAMES M. WOOD BLVD.                    (i) Independent Contractor
      2ND FLOOR                                   (ii) Registration No.:   1446
      LOS ANGELES, CA 90015                       (iii) County:            San Diego
   c. (213) 249-9999

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Aug. 10, 2010

Judicial Council Form                                   PROOF OF SERVICE                    (MICHAEL PFAHLER)
Rule 2.150.(a)&(b) Rev January 1, 2007                                                      280127.diato.141884