Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Justin Singh (S.B.N. 266279)
justin.singh@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff*
AWR Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AWR CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ZTE CORPORATION, a Chinese corporation; ZTE USA, INC., a New Jersey Corporation, <br><br> Defendants. | Case No. CV 10-5790 PA (SHx) <br><br> Honorable Percy Anderson <br><br> **ORDER CONTINUING MOTION CUTOFF DATE** |

[PROPOSED] ORDER CONTINUING MOTION CUTOFF DATE

1     IT IS HEREBY ORDERED THAT:

2     The last day for hearing motions shall be continued from June 6, 2011, to June 13, 2011.

5     IT IS SO ORDERED.

7 DATED: May 6, 2011

                                    Honorable Percy Anderson
                                    United States District Court Judge

[PROPOSED] ORDER CONTINUING MOTION CUTOFF DATE